PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-44461 EDJ |
| **KATIE RUTH DAVIS,** | Chapter 13 |
| Debtor. | DECLARATION OF DEFAULT IN SUPPORT OF ORDER VALUING LIEN OF PNC BANK AS SUCCESSOR TO NATIONAL CITY BANK |
| _____/ | |

I, Patrick Forte, declare:

    1. I am one of the attorneys for the above-named Debtor.

    2. On May 23, 2011, a Motion to Value Security of PNC Bank as successor to National City Bank and deadline to file objections was served on PNC Bank as successor to National City Bank. No objections have been received and the deadline to file objections has passed.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 14, 2011                           /s/ Patrick L. Forte_____
                                                           PATRICK L. FORTE