PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes
the order of the court. Signed June 15, 2012

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-44461 MEH |
| **KATIE RUTH DAVIS,** | Chapter 13 |
| Debtor. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |
| _____/ | |

The above named debtor having served a Motion to Modify Chapter 13 Plan on May 11, 2012, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

Debtor shall include her 2011 income tax debt owed to the Franchise Tax Board in the amount of $820.00 & the Internal Revenue Service in the amount of $607.00 through the Chapter 13 plan.

Commencing May 2012, Debtor will pay $195.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

If the Franchise Tax Board files a 11 U.S.C. §1305 claim related to the 2011 tax year, such claim to the extent it is for tax and interest

on tax shall be paid through the plan in full as if it were a claim entitled to priority under 11 U.S.C. §507(a)(8)(A) regardless of whether such claim is filed within the applicable claims bar date. To the extent that any liability to Franchise Tax Board related to the 2011 tax year is not paid during this case, including, without limitation, any post-petition interest, such liability will not be discharged by any discharge in this case.

**END OF ORDER**

1 **COURT SERVICE LIST**

2 'No physical service required'