```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-44461 MEH** |
| **KATIE RUTH DAVIS,** | **Chapter 13** |
|         **Debtor.** | **MOTION TO SET ASIDE CONFIRMATION ORDER; TRUSTEE'S STATEMENT OF NON-OPPOSITION** |

    Katie Davis, debtor herein, moves the court for an order setting aside the confirmation order, which was entered on May 31, 2011. The motion is made on the grounds that the confirmation order was entered while debtor's Motion to Value Lien of PNC Bank was still pending. WHEREFORE, debtor prays that the court set aside the confirmation order which was entered on May 31, 2011.

Dated: December 3, 2012

                                                /s/ Patrick L. Forte
                                                PATRICK L. FORTE
                                                Attorney for Debtor

<u>Trustee's Statement of Non-Opposition</u>

    The trustee has no opposition to the above motion.

Dated: December 6, 2012            /s/ Martha G. Bronitsky
                                        Martha G. Bronitsky
                                        Chapter 13 Trustee