```
1  PATRICK L. FORTE #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor
```

The following constitutes
the order of the court. Signed January 10, 2013

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-44461 MEH** |
| **KATIE RUTH DAVIS,** | **Chapter 13** |
|        **Debtor.**<br>_____/ | **ORDER SETTING ASIDE<br>CONFIRMATION ORDER** |

The above named debtor having served a Motion to Set Aside Confirmation Order on December 6, 2012, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the confirmation order entered on May 31, 2011 is set aside.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'