```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-44461 MEH** |
| **KATIE RUTH DAVIS,** | **Chapter 13** |
| Debtor. | **STIPULATION RECOMMENDING CONFIRMATION OF CHAPTER 13 PLAN** |
| _____ / | |

IT IS HEREBY STIPULATED by and between Martha G. Bronitsky, Chapter 13 Trustee, and Katie Ruth Davis, debtor, through her attorney of record, recommending confirmation of the debtor's Chapter 13 plan as of June 23, 2011.

Dated: January 21, 2013

/s/ Patrick L. Forte
PATRICK L. FORTE
Attorney for Debtor

Dated: January 28, 2013

/s/ Martha G. Bronitsky
MARTHA G. BRONITSKY
Chapter 13 Trustee