| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Katie Ruth Davis | | |
| Debtor 2 (Spouse, if filing) | | | |
| United States Bankruptcy Court for the: | Northern | District of | California (State) |
| Case number | 11-44461 | | |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** | Deutsche Bank National Trust Company, solely as Trustee for MortgageIT Trust 2005-5, Mortgage-Backed Notes, Series 2005-5 As Serviced by Specialized Loan Servicing LLC | **Court claim no.** (if known): NA |
| **Last four digits** of any number you use to identify the debtor's account: 6548 | | **Date of payment change:** Must be at least 21 days after date of this notice — 03/01/2016 |
| | | **New total payment:** Principal, interest, and escrow, if any  $1,136.89 |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $214.39    **New escrow payment:** $220.68

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**  %    **New interest rate:**  %
   **Current principal and interest payment** $    **New principal and interest payment:** $

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
   **Reason for change:**
   **Current mortgage payment:** $    **New mortgage payment:** $

| Debtor 1 | Katie Ruth Davis | Case Number *(if known)* | 11-44461 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ /s/ **Andrew Kussmaul**                      Date  **02/09/2016**
  Signature

Print:    **Andrew Kussmaul**                  Title  Authorized Agent for Specialized Loan Servicing LLC
          First Name  Middle Name  Last Name

Company   Buckley Madole, P.C.

Address   14841 Dallas Parkway, Suite 300
          Number          Street

          Dallas, Texas  75254
          City        State        Zip Code

Contact phone  (972) 643-6600        Email  POCInquiries@BuckleyMadole.com

Official Form 410S1    Notice of Mortgage Payment Change    Page 2

4125-N-4960

## Certificate of Service

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on February 9, 2016.

Debtor's Attorney Information
    Patrick L. Forte
    Law Offices Of Patrick L. Forte
    1 KAISER PLZ STE 480
    OAKLAND, CA  94612-3686

Debtors Information
    Katie Davis
    209 Market Avenue
    Richmond, CA 94801-1548

Chapter 13 Trustee Information
    Martha G. Bronitsky
    P.O. Box 5004
    Hayward, California 94540

Respectfully Submitted,

/s/ Andrew Kussmaul

Case: 11-44461    Doc# 57    Filed: 02/09/16    Entered: 02/09/16 15:55:10    Page 3 of 3
PmtChgCOS_0001                                                                                                4125-N-4960